RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
MEREDITH L. HOLMES, ESQ.
Nevada Bar No. 11602
mholmes@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for Defendants,
Michael Dean Barnes and Barnes
Custom Farming*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD WILEY, an individual,<br><br>          Plaintiff,<br><br>vs.<br><br>MICHAEL DEAN BARNES, an individual; and BARNES CUSTOM FARMING, a business; and DOES I through X and ROES I-V, inclusive,<br><br>          Defendants. | Case No: 2:18-cv-01876-JCM-EJY<br><br>**STIPULATION AND ORDER<br>FOR DISMISSAL WITH PREJUDICE** |

    IT IS HEREBY STIPULATED by and between WILLIAM W. McGAHA, ESQ., of the law firm of SCHUETZE & McGAHA, attorneys for Plaintiff, RONALD WILEY, and RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendants MICHAEL DEAN BARNES and BARNES CUSTOM FARMING, that the within matter be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

///

///

///

///

///

///

*Wiley v Barnes*
Case No. 2:18-cv-01876-JCM-EJY
*Stipulation and Order for Dismissal w/Prejudice*

IT IS FURTHER STIPULATED that the trial of the within matter currently set to commence on the stacked calendar of May 4, 2020, as well as the calendar call scheduled for April 29, 2020 at the hour of 1:30 p.m. be vacated.

DATED: 1-23-2020

**SCHUETZE & McGAHA**

By _____
WILLIAM W. McGAHA, ESQ.
Nevada Bar No. 3234
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
Telephone: (702) 369-3225
Facsimile: (702) 369-2110
*Attorney for Plaintiff,*
*Ronald Wiley*

DATED: 1-23-2020

**DENNETT WINSPEAR, LLP**

By _____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorney for Defendants, Michael Dean Barnes*
*and Barnes Custom Farming*

**ORDER**

IT IS SO ORDERED.

DATED: January 31, 2020

_____
UNITED STATES DISTRICT COURT JUDGE

2